G. ALLEN MCNAMEE (SBN 195654)
IN-N-OUT BURGERS, a California corporation
4199 Campus Drive, 9th Floor
Irvine, CA 92612
Telephone: (949) 509-6241
Facsimile: (949) 509-6295
Email: amcnamee@innout.com

Attorneys for Defendant
IN-N-OUT BURGERS, a California corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>     Plaintiff,<br><br>vs.<br><br>IN-N-OUT BURGERS, INC dba IN-N-OUT BURGER #103; TKG COFFEE TREE, L.P.,<br><br>     Defendants. | CASE NO.: 2:06 – CV- 01538- DFL-(KJMx)<br><br>Judge: Hon. David F. Levi<br>Courtroom: 7<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff RONALD WILSON and Defendant IN-N-OUT BURGERS, a California corporation, ("In-N-Out") stipulate and agree that Defendant In-N-Out shall have up to and including August 28, 2006 in which to file an answer or otherwise respond to the complaint herein. This is the first request for extension of time herein.

DATED: August 18, 2006           DISABLED ADVOCACY GROUP, APLC


By: /s/_____
    Scottlynn J. Hubbard, IV
    Attorneys for Plaintiff RONALD WILSON



DATED: August 18, 2006           IN-N-OUT BURGERS, INC.


By: /s/_____
    G. Allen McNamee
    Attorneys for Defendant IN-N-OUT BURGERS, a California corporation


IT IS SO ORDERED.

Dated: 8/17/2006

_____
DAVID F. LEVI
United States District Judge

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT