JONATHAN S. KITCHEN (STATE BAR NO. 80270)
COX, CASTLE & NICHOLSON LLP
555 Montgomery Street
Fifteenth Floor
San Francisco, CA  94111-2585
Telephone:  (415) 392-4200
Facsimile:  (415) 392-4250
Email:  jkitchen@coxcastle.com

Attorneys for Defendant
TKG Coffee Tree, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>IN-N-OUT BURGERS INC. dba IN-N-OUT BURGER #103; TKG COFFEE TREE, L.P.,<br><br>    Defendants. | Case No. 2:06-cv-01538-DFL-KJM<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

WHEREAS Defendant TKG Coffee Tree, L.P., has requested, and Plaintiff, through his attorneys, has agreed to grant a further short extension of the time for Defendant TKG Coffee Tree, L.P. to answer or otherwise respond to the Complaint in this matter, so as to allow Defendants to discuss issues arising between them,

NOW THEREFORE it is hereby stipulated and agreed by Plaintiff that Defendant TKG Coffee Tree, L.P. shall have to and including Wednesday, September 27, 2006, to answer or otherwise respond to the Complaint.

///

///

///

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO

53033\71027v3

CASE NO. 2:06-CV-01538-DFL-KJM
STIPULATION AND [PROPOSED] ORDER TO FURTHER
EXTEND TIME TO RESPOND TO COMPLAINT

This is the second extension of time requested by or granted to this defendant.

DATED: September 20, 2006          DISABLED ADVOCACY GROUP, APLC


By:   /s/ Lynn Hubbard, III
      Lynn Hubbard, III
      Attorneys for Plaintiff Ronald Wilson

DATED: September 19, 2006          COX, CASTLE & NICHOLSON LLP


By:   /s/ Jonathan S. Kitchen
      Jonathan S. Kitchen
      Attorneys for Defendant TKG Coffee Tree, L.P.

IT IS SO ORDERED.

DATED: September 22, 2006          By: /s/ David F. Levi
                                       David F. Levi
                                       United States District Judge

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

53033\71027v3                              - 2 -

CASE NO. 2:06-CV-01538-DFL-KJM
STIPULATION AND [PROPOSED] ORDER TO FURTHER
EXTEND TIME TO RESPOND TO COMPLAINT