1 | LYNN HUBBARD, III, SBN 69773
2 | DISABLED ADVOCACY GROUP, APLC
  | 12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
  | Telephone: (530) 895-3252
4 | Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD WILSON, | Case No. CIV. S-06-01538-DFL-KJM |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| IN-N-OUT BURGERS, INC. dba IN-N-OUT BURGER #103; TKG COFFEE TREE, LP, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff RONALD WILSON, and defendant TKG COFFEE TREE, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant TKG COFFEE TREE, LP only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant TKG COFFEE TREE, LP.

Dated: November 7, 2006         DISABLED ADVOCACY GROUP, APLC

                                 /s/ Lynn Hubbard, III
                                 LYNN HUBBARD, III
                                 Attorneys for Plaintiff

Dated: November 6, 2006         IN-N-OUT BURGERS

                                 /s/ Allen Mcnamee
                                 ALLEN MCNAMEE
                                 Attorneys for Defendant In-N-Out Burgers

Dated: November 6, 2006         COX CASTLE & NICHOLSON, LLP

                                 /s/ Jonathan Kitchen
                                 JONATHAN KITCHEN
                                 Attorneys for Defendant TKG Coffee Tree, LP

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01535-DFL-KJM, is hereby dismissed with prejudice **as to TKG COFFEE TREE, LP only.**

Dated: November 9, 2006
                                 /s/ David F. Levi
                                 United States District Court Judge