1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12 RONALD WILSON,
                                        Case No. CIV.S. 06-01538-DFL-KJM
13      Plaintiff,

14                                      **REQUEST FOR DISMISSAL AND**
   v.                                   **ORDER THEREON**
15

16 IN-N-OUT BURGERS INC. dba IN-N-OUT
   BURGER #103, et al.,
17
        Defendants.
18 _____/

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)(a), and a Settlement Agreement and Release between plaintiff, Ronald Wilson, and defendant, In-N-Out Burger Inc. dba In-N-Out Burgers #103, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: April 30, 2007                DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard III
LYNN HUBBARD, III
Attorney for Plaintiff
Ronald Wilson

Dated: April 27, 2007                IN-N-OUT BURGERS, A CALIFORNIA CORPORATION

/s/ Allen McNamee
ALLEN McNAMEE
Attorneys for Defendants
IN-N-OUT BURGERS #103

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01538 DFL KJM, is hereby dismissed with prejudice.

Dated: April 30, 2007

/s/ David F. Levi
United States District Court Judge